In the Matter of the Committee of the Estate of FANNIE K. FOSTER, an Incompetent Person.

EDMUND J. PICKUP, Appellant; GEORGE W. MILLS, Superintendent of Brooklyn State Hospital, et al., Respondents.

(Argued October 1, 1930; decided October 21, 1930.)

*Charles H. Kriger* for appellant.
*Conrad Saxe Keyes* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.